UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

LAURI GORDON,

      Plaintiff,

         vs.

BANK OF AMERICA, N.A.;
SERERUS, INC.; FEDERAL
NATIONAL MORTGAGE
ASSOCIATON; JOHN DOES I-X,

      Defendants.

Civil Action No. 2:16-cv-03093

**SUBSTITUTION OF COUNSEL**

Kindly substitute the appearance of Joshua W. Denbeaux, Esq. of Denbeaux & Denbeaux in place of Adam Deutsch, Esq. formerly of Denbeaux & Denbeaux, on behalf of Plaintiff, Lauri Gordon, in the above-captioned matter.

**Withdrawing Attorneys:**
Adam Deutsch, Esq.


/s/ Adam Deutsch
Adam Deutsch, Esq.
Northeast Law Group
PO Box 60717
Longmeadow, MA 01106


Dated: January 27, 2017

**Superseding Attorneys:**
Denbeaux & Denbeaux


/s/ Joshua W. Denbeaux
Joshua W. Denbeaux Esq.
Denbeaux & Denbeaux
366 Kinderkamack Road
Westwood, NJ 07675


Dated: January 27, 2017